UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CESAR AUGUSTO RAMOS PAUL,               )<br>                                                             )<br>            Petitioner,                              )<br>      v.                                                   )<br>                                                             )<br> ANTONE MONIZ, Superintendent,       )<br>Plymouth County Correctional            )<br>Facility, et al.,                                      )<br>                                                             )<br>            Respondents.                         ) | CIVIL ACTION<br>NO. 25-CV-13879-PBS |

## **JUDGMENT**

SARIS, J.

In accordance with the Court's Order dated December 18, 2025 (Docket No. 9), allowing Petitioner Cesar Augusto Ramos Paul's petition for writ of habeas corpus under 28 U.S.C. § 2241, it is hereby ORDERED that judgment is entered in favor of Petitioner.

By the Court,

Robert M. Farrell
Clerk of Court

/ s / Clarilde Karasek
Deputy Clerk

DATED: December 18, 2025